IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| EMILY BALDWIN, | § | |
| | § | No. 92, 2020 |
| Plaintiff Below, Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| NEW CASTLE COUNTY, | § | C.A. No. N19C-03-037 MMJ |
| | § | |
| Defendant Below, Appellee. | § | |

Submitted: September 18, 2020
Decided: October 20, 2020

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

# **O R D E R**

After consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court's decisions dated January 13, 2020 and February 11, 2020.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice